**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 15-00467-CG-N** |
| | ) | |
| **$50,745.00 in U.S. CURRENCY,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

**ORDER OF FORFEITURE**

This matter is before the Court on the plaintiff's Motion for Order and Judgment of Forfeiture. (Doc. 26).

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1.      This Court has jurisdiction over the subject matter, and the Verified Complaint states a claim upon which relief may be granted.

2.      In accordance with the Verified Complaint, the defendant currency $50,745.00 in U.S. Currency is **ORDERED FORFEITED** to the plaintiff, the United States of America, pursuant to 21 U.S.C. § 881(a)(6), for disposition according to law.

3.      A separate Judgment shall be entered.

4.      This Order and the accompanying Judgment resolving all matters and

issues joined in this action, the Clerk of Court is directed to close this file for administrative and statistical purposes.

**DONE and ORDERED** this 21st day of December, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE