**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 15-467-CG-N** |
| | ) | |
| | ) | |
| **$50,745.00 in U.S. CURRENCY,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | | |

## FINAL JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, plaintiff's Motion for Order and Judgment of Forfeiture (Doc. 26) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

1.    The defendant, $50,745.00, more or less, in U.S. Currency, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 21st day of December, 2016.


/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE